IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MASOUD AGHILI,<br><br>        Plaintiff,<br><br>vs.<br><br>DONALD NEUFELD, Associate Director, Nebraska Service Center, U.S. Citizenship and Immigration Services;<br><br>        Defendant. | **4:19CV3017**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Douglas R. Semisch, as counsel of record for Defendant, (Filing No. 13), is granted.

Dated this 11th day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge