IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MASOUD AGHILI,, <br><br> Plaintiff, <br><br> vs. <br><br> DONALD NEUFELD, Associate Director, Nebraska Service Center, U.S. Citizenship and Immigration Services;, <br><br> Defendant. | 4:19CV3017 <br><br> **ORDER** |

The parties filed a Rule 26(f) Report on August 5, 2019 indicating that Plaintiff's claims are based on USCIS' review of Plaintiff's Immigration Petition for Alien Worker, Form I-140, and this action for mandamus and review of the agency action was brought under the Administrative Procedure Act. (Filing No. 15). The parties propose to file a status report with suggested progression deadlines when USCIS issues its final decision on Plaintiff's Petition.

Accordingly,

IT IS ORDERED:

1) Case Progression is stayed pending a final decision by USCIS on Plaintiff's Petition.
2) The parties shall file a status report every 60 days beginning on October 1, 2019.

Dated this 9th day of August, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge