IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MASOUD AGHILI,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD NEUFELD, Associate Director, Nebraska Service Center, U.S. Citizenship and Immigration Services;<br><br>Defendant. | 4:19CV3017<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the parties' joint stipulation of dismissal, (Filing No. 18), and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice, the parties to pay their own costs and attorney fees.

Dated this 11th day of September, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge